**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:05CR22-1-V**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| ) | |
| **CHRISTOPHER LEE HAYES** ) | |
| _____) | |

**THIS MATTER** is before the Court on its own motion to set a sentencing hearing in the above captioned case.

**IT IS, THEREFORE, ORDERED** that a sentencing hearing in this matter has been scheduled for 5 February 2008 sentencing term in the Statesville Divison. There will be **no** further continuances in this matter.

Signed: December 14, 2007

Richard L. Voorhees
United States District Judge