UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:05CR22-V

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>CHRISTOPHER LEE HAYES, )<br>Defendant. )<br>_____ ) | **FINAL ORDER AND JUDGMENT**<br>**CONFIRMING FORFEITURE** |

On October 20, 2006, and April 13, 2007, this Court entered preliminary orders of forfeiture pursuant to 21 U.S.C. §853(n) and Fed. R. Crim. P. 32.2(b), based upon the defendant's pleas of guilty to Counts One, Two, and Three in the superseding bill of indictment. In those counts, defendant was charged with possession with intent to distribute methamphetamine in violation of 21 U.S.C. §841(a)(1).

On February 12, 19, and 26, 2008, the United States published in the Statesville Record and Landmark, a newspaper of general circulation, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the defendant's stipulation in his plea agreement, ¶24, the Court finds, in accordance with Rule 32.2(c)(2), that the defendant had an interest in the property that is subject to forfeiture under 21 U.S.C. § 853.

It is therefore **ORDERED** that, in accordance with Rule 32.2(c)(2), the preliminary order of forfeiture is confirmed as final. All right, title, and interest in the following property, whether real,

personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

The sum of approximately $1,254.00 in United States currency;

One CETME machine gun, .308 caliber;

One Norinco model SKS rifle;

One Norinco MAK 90 rifle;

One SWD model M-11 9mm pistol;

One Colt model M1991 .45 caliber pistol;

One Magnum Research Desert Eagle .44 caliber pistol;

One Lorcin .25 caliber handgun;

12 rounds of Winchester ammunition, .308 caliber;

One dremel tool manual;

73 rounds of assorted ammunition;

40 rounds of assorted ammunition;

5 rounds of Winchester, .25 caliber ammunition;

8 rounds of .45 caliber ammunition;

9 rounds of .44 caliber ammunition;

98 rounds of .308 caliber ammunition; and

assorted gun parts and magazines related to MAK 90, SKS and CETME weapons.

Signed: November 13, 2008

Richard L. Voorhees
United States District Judge