UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:05cr22

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>v. )<br>)<br>**CHRISTOPHER LEE HAYES,** )<br>**Defendant.** )<br>_____) | **SCHEDULING ORDER** |

**THIS MATTER** is before the court on the government's Sealed Motion (Document #77), filed April 20, 2009. The government has requested a hearing on this matter. By means of a letter filed by counsel with the court on July 2, 2009 (Document #78), Defendant agrees that a hearing on this matter is appropriate. In the letter, defense counsel also requests that Defendant be allowed to appear in person in the courtroom for the hearing.

**WHEREFORE, IT IS HEREBY ORDERED** that a hearing on this motion is scheduled for Monday, July 20, 2009 at 10 o'clock in the morning. The hearing will be held in Courtroom 1 of the Charlotte Courthouse, located at 401 W. Trade Street.

**IT IS FURTHER ORDERED** that in lieu of having Defendant travel from his present place of incarceration to appear in person at the hearing, Defendant shall attend the hearing by videoconference. Defendant's counsel is advised to bring a cell phone to the hearing in order to facilitate private communication with his client.

**IT IS FURTHER ORDERED** that a copy of this order be sent to the Defendant, Defense Counsel, the United States Attorney, the Bureau of Prisons, and the United States Probation Office.

1

**SO ORDERED.**

Signed: July 10, 2009

Richard L. Voorhees
United States District Judge